# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANIXTER INC., a Delaware corporation, and ACCU-TECH CORPORATION, a Georgia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COMMODITY CABLES, INC., a Georgia corporation,<br><br>Defendant. | Case No. 11 CV 2684<br><br>Judge Edmond E. Chang |

## JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS AND DEFENDANT'S COUNTERCLAIMS WITH PREJUDICE

Plaintiffs Anixter Inc. and Accu-Tech Corporation (collectively "Plaintiffs") and Defendant Commodity Cables, Inc. ("CCI"), by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of all claims and counterclaims in the above-entitled action with prejudice on the merits. Each party to this Stipulation shall bear its own costs and attorneys' fees.

Respectfully submitted this 2nd day of January, 2014.

| PLAINTIFFS ANIXTER INC. AND ACCU-TECH CORPORATION | DEFENDANT COMMODITY CABLES, INC. |
|---|---|
| By:__/s/ Dawn M. Beery_____ | By:__/s/ Keith D. Parr_____ |
| David A. Rammelt<br>Dawn M. Beery<br>K&L GATES LLP<br>70 West Madison Street<br>Suite 3100 | Keith D. Parr<br>David B. Abramowitz<br>LORD BISSELL & BROOK LLP<br>111 S. Wacker Dr.<br>Chicago, IL 60606-4410 |

| | |
|---|---|
| Chicago, IL 60602-4207<br>Telephone: 312-807-4271<br>Facsimile: 312-827-8000<br><br>*Counsel for Plaintiffs Anixter Inc.*<br>*and Accu-Tech Corporation* | Ph: (312) 443-0700<br>Fax: (312) 443-0336<br>KParr@lockelord.com<br>DAbramowitz@lockelord.com<br><br>*Of counsel:*<br><br>Peter F. Schoenthaler<br>Peter F. Schoenthaler, P.C.<br>3350 Riverwood Parkway, Suite 1900<br>Atlanta, Georgia 30339<br>Tel: 404-592-5397<br>Fax: 404-891-6120<br>pfs@pfslawgroup.com<br><br>*Attorneys for Defendant Commodity*<br>*Cables, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 2, 2014, a copy of the foregoing ***Joint Stipulation of Dismissal of Plaintiffs' Claims and Defendant's Counterclaims with Prejudice*** was served on the individuals listed below via the Court's ECF system.

| | |
|---|---|
| Keith D. Parr | Peter F. Schoenthaler |
| David B. Abramowitz | Peter F. Schoenthaler, P.C. |
| Locke Lord Bissell & Liddell LLP | 3350 Riverwood Parkway |
| 111 S. Wacker Drive | Suite 1900 |
| Chicago, IL 60606-4410 | Atlanta, GA 30339 |
| kparr@locklord.com | pfs@pfslawgroup.com |
| dabramoitz@lockelord.com | |

    /s/ Dawn M. Beery_____
Dawn M. Beery